FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2012 MAY 16  PM 3 36

STEPHAN HARRIS, CLERK
CHEYENNE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | No. **12CR112-S** |
| Plaintiff, | ) | |
| | ) | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| v. | ) | (Felon in Possession of A Firearm) |
| | ) | |
| **RICHARD STEVEN GUTHRIE,** | ) | |
| Defendant. | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about March 8, 2012, in the District of Wyoming, the Defendant, **RICHARD STEVEN GUTHRIE,** having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Ruger .357 caliber Redhawk Revolver, serial number 501-14173, which had previously traveled in and affected interstate commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL:

_Kevin J. Frank_
FOREPERSON

_/s/ Christopher A. Crofts_
CHRISTOPHER A. CROFTS
United States Attorney

# PENALTY SUMMARY

**DEFENDANT NAME:**   **RICHARD STEVEN GUTHRIE**

**DATE:**   May 11, 2012

**INTERPRETER NEEDED:**   ____ Yes   _X_ No

**VICTIM:**   ____ Yes   _X_ No

**SEAL CASE:**   ____ Yes   _X_ No

**OFFENSE:**   18 U.S.C. §§ 922(g)(1) and 924(a)(2)
(Felon in Possession of a Firearm)

**PENALTIES:**   0-10 YEARS IMPRISONMENT
$250,000 FINE
3 YEARS SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT

**AGENT:** ATF John Powley   **AUSA:**   Jason Conder

**ESTIMATED TIME OF TRIAL:**   _X_ 1-5 days   ____ more than 5 days

**THE GOVERNMENT WILL SEEK DETENTION IN THIS CASE:**

_X_ Yes   ____ No

The court should not grant bond because the Defendant is not bondable because there are detainers from other jurisdictions:

____ Yes   _X_ No