PS 8
(8/88)

# United States District Court
## for
## Wyoming

U. S. A. vs. Richard Steven Guthrie

Docket No. 12CR-112-JS

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2012 AUG 27 AM 11 03
STEPHAN HARRIS, CLERK
CASPER

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Greg Lewis, Pretrial Services Officer, presenting an official report upon the conduct of defendant, Richard Steven Guthrie, who was placed under pretrial release supervision by the Honorable Teresa M. McKee, U.S. Magistrate Judge, sitting in the court at Lander, Wyoming, on June 1, 2012. Among the conditions of bail were the terms as follows:

The defendant shall refrain from any use or possession of alcohol and/or other intoxicants including over the counter medications used contrary to the recommended dosage, or the intentional inhalation of any substance, prescribed or otherwise, without permission of the probation officer. Additionally, the defendant shall not enter establishments whose primary income is derived from the sale of alcohol, with the exception of the Red Stag bar, which he may enter for reasons necessary to his employment during the hours of 5:00 a.m. and 5:00 p.m.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

On June 4, 2012, the defendant submitted to urinalysis (UA) testing at his residence, collected by USPO Nathan Backus, that subsequently tested positive for alcohol (EtG). The UA result indicated a 1210 ng/mL. Redwood Toxicology Laboratories has advised that a level above 500 ng/mL is due to alcohol consumption and not incidental contact. When confronted with the UA results on June 18, 2012, the defendant admitted to drinking two (2) 7-up and whiskey's on June 2, 2012.

On August 10, 2012, the defendant submitted to urinalysis (UA) testing at his residence, collected by this officer, that subsequently tested positive for alcohol (EtG). The UA result indicated a 1100 ng/mL. When confronted with the UA results, the defendant denied consuming alcohol.

**PRAYING THAT THE COURT WILL ORDER THAT A WARRANT BE ISSUED FOR THE DEFENDANT'S ARREST SO THAT HE MAY BE BROUGHT BEFORE THE COURT TO SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED.**

**ORDER OF COURT**

Considered and ordered this 27 day of August 2012, and ordered filed and made a part of the records in the above case.

Scott W. Skavdahl
U.S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

Greg Lewis, U.S. Probation Officer
Place: Casper, Wyoming
Date: August 23, 2012

Approved by:

Michael Akers
Supervising U.S. Probation Officer